UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ARTURO RODRIGUEZ MARTINEZ,

    Petitioner,

v.

PAM BONDI, Attorney General of the United States of America; KRISTI NOEM, Secretary of the Department of Homeland Security; TODD LYONS, Acting Director, United States Immigration and Customs Enforcement, and, WARDEN, Batavia Federal Detention Facility,

    Respondents.
_____

**ORDER**

25-CV-6508-EAW

    Petitioner Arturo Rodriguez Martinez is a civil immigration detainee currently held at the Buffalo Federal Detention Facility in Batavia, New York. Petitioner claims that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241. (Dkt. 1). Petitioner has also filed a Motion for an Order to Show Cause, staying transfer of Petitioner out of the Western District of New York while the Petition is pending. (Dkt. 2). Petitioner has paid the $5.00 filing fee.

-1-

## ORDER

IT IS HEREBY ORDERED that Petitioner shall serve a copy of the Petition and his Motion for an Order to Show Cause, together with a copy of this Order, electronically via Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at [USANYW-Immigration-Habeas@usdoj.gov](mailto:USANYW-Immigration-Habeas@usdoj.gov) on or before **September 25, 2025,** in addition to complying with all service requirements under the Federal Rules, and file proof of service of same; and it is further

ORDERED that a temporary stay is granted, precluding any transfer of Petitioner out of the Western District of New York pending further Order of the Court; and it is further

ORDERED that a telephone status conference with counsel is scheduled for Friday, September 26, 2025, at 3:00 p.m., Eastern Standard Time, before the undersigned. This is a public telephonic proceeding. To access the conference, dial 1-585-524-1799 and enter Conference ID 341 799 237 sufficiently in advance of the start time.

SO ORDERED.

Dated: September 24, 2025
Rochester, New York

ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT