UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ARTURO RODRIGUEZ MARTINEZ,

      Petitioner,

  v.                                             **ORDER**
                                                 6:25-CV-6508 EAW
PAM BONDI,
 Attorney General of the United States of
 America,

      Respondents.
_____

    *Pro se* petitioner, Arturo Rodriguez Martinez ("Petitioner"), is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Through counsel, Petitioner filed a petition, which claims that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241. (Dkt. 1). Petitioner has paid the $5.00 filing fee.

**ORDER**

    IT IS HEREBY ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve an **answer** responding to the allegations in the petition; and it is further

    ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues

- 1 -

raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **45 days** of the date of this Order, instead of an answer, Respondents may file a **motion to dismiss** the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days** after service of the answer or motion to dismiss to file a **written response**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at [USANYW-Immigration-Habeas@usdoj.gov](mailto:USANYW-Immigration-Habeas@usdoj.gov).

SO ORDERED.

Dated: October 2, 2025
Rochester, New York

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court