# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ARTURO RODRIGUEZ MARTINEZ,** ) | |
| ) | |
| **Petitioner,** ) | **Civil Action No. 1:25-cv-00919** |
| **v.** ) | |
| ) | |
| **PAM BONDI,** ) | |
| **Attorney General of the** ) | |
| **United States of America,** ) | **Alien Registration #232-465-0372** |
| ) | |
| **KRISTI NOEM,** ) | |
| **Secretary of the Department of** ) | |
| **Homeland Security, (DHS),** ) | |
| ) | |
| **TODD LYONS,** ) | |
| **Acting Director,** ) | |
| **United States Immigration and** ) | |
| **Customs Enforcement (ICE), and,** ) | |
| ) | |
| **WARDEN,** ) | |
| **Batavia Federal Detention Facility,** ) | |
| ) | |
| **Respondents.** ) | |

## VERIFIED HABEAS CORPUS PETITION

### INTRODUCTION

1.  Petitioner, Arturo Rodriguez Martinez is a 48-year-old native and citizen of
    Mexico who entered the United States without inspection on or around May 16th,
    1999 and has not left.  He is married and has three US citizen children who reside
    with him in Hammonton, New Jersey. A Notice to Appear in Removal
    Proceedings was issued to the Petitioner on March 26, 2025.  See Exhibit 1. In
    Removal Proceedings, the Petitioner applied for cancellation of Removal
    proceedings based on exceptional and extremely unusual hardship to his now 12-

year-old US citizen daughter, V.R.C., who is diagnosed with a severe form of autism, ADHD, and anxiety disorder that requires intervention by medical professionals and educators.  See Exhibit 2.

2.  The Petitioner is currently scheduled for his Master Calendar Hearing before an Immigration Judge in Newark, New Jersey on October 4th, 2028.  See Exhibit 3. On the week of September 15th, the Petitioner who has a valid work permit and NJ Driver's License, was sent on a work trip to Buffalo New York.  Sometime on the weekend of September 19th, he and his work colleagues were shopping for items at a Walmart in Buffalo.  They were approached by a Customs and Border Patrol Agent, who arrested Mr. Rodriguez Martinez and his two other colleagues. He was then transferred to the Batavia Detention Facility.

3.  Nonetheless, Respondents have unlawfully detained him and refuse to grant him an immigration bond in accordance with INA 236; 8 USC 1226.  Thus, Petitioner petitions this Court for an order declaring her detention unlawful.

## JURISDICTION

4.  This action arises under Customary International Law, the United States Constitution and the Immigration and Nationality Act, 8 U.S.C. §§ 1101 et seq. This Court has habeas corpus jurisdiction pursuant to 28 U.S.C. § 2241 et. seq., and Art. I & 9, Clause 2 of the United States Constitution (Suspension Clause). Petitioner is detained at the Batavia Federal Detention Center in Batavia, New York under the authority of the United States in violation of the Constitution and laws of the United States.

## VENUE

5.      Venue lies in this Court because Petitioner is detained at the Batavia Federal

Detention Center.

## PARTIES

6.      Petitioner, Arturo Rodriguez Martinez is a 48-year-old native and citizen of

Mexico who has been detained at the Batavia Federal Detention Center since

September 22, 2025.  He seeks issuance of a writ of habeas corpus.

7.      Respondent Pam Bondi is sued in her official capacity as the Attorney General of

the United States.  In this capacity she is responsible for administering and

enforcing the immigration laws pursuant to 8 U.S.C. § 1103 and is the Petitioner's

legal custodian.

8.      Respondent Kristi Noem is sued in her official capacity as Secretary of the

Department of Homeland Security the agency in charge of administering and

enforcing the immigration laws in New York and is the Petitioner's legal

custodian.

9.      Respondent Todd Lyons is sued in his official capacity as the Acting Director of

the United States Immigration and Customs Enforcement (ICE) the department

within the Department of Homeland Security and in this capacity he is responsible

for administering and enforcing the immigration laws in New York and is

Petitioner's legal custodian.

10.     Michael DiGiacomo is sued in his official capacity as the US Attorney for the

Western District of New York.

11.     The Warden of the Batavia Federal Detention Facility is being sued in their

official capacity as the Petitioner's actual physical custodian.

**FACTS**

12.     Petitioner, Arturo Rodriguez Martinez is a 48-year-old native and citizen of

Mexico who entered the United States without inspection on or around May 16th,

1999 and has not left.  He is married and has three US citizen children who reside

with him in Hammonton, New Jersey.

13.     A Notice to Appear in Removal Proceedings was issued to the Petitioner on

March 26, 2025. See Exhibit 1. In Removal Proceedings, the Petitioner applied

for cancellation of Removal proceedings based on exceptional and extremely

unusual hardship to his now 12-year-old US citizen daughter, V.R.C., who is

diagnosed with a severe form of autism, ADHD, and anxiety disorder that

requires intervention by medical professionals and educators. See Exhibit 2.

14.     The Petitioner is currently scheduled for his Master Calendar Hearing before an

Immigration Judge in Newark, New Jersey on October 4th, 2028. See Exhibit 3.

On the week of September 15th, the Petitioner who has a valid work permit and

NJ Driver's License, was sent on a work trip to Buffalo New York.  Sometime on

the weekend of September 19th, he and his work colleagues were shopping for

items at a Walmart in Buffalo.  They were approached by a Customs and Border

Patrol Agent, who arrested Mr. Rodriguez Martinez and his two other colleagues.

He was then transferred to the Batavia Detention Facility.

15.     On Tuesday, September 23rd, 2025, Petitioner, through counsel, informed the

Respondent, ICE, that the Respondent's removal case was open and that his

detention was unlawful but ICE has continued to detain the Petitioner.  <u>See</u>
<u>Exhibit 3.</u>

16.    The Petitioner has no criminal record.

17.    The Petitioner does not have a final order of removal

18.    The Petitioner's removal proceedings are pending before the Newark Immigration
Court.

19.    The Petitioner has no warrants or negative criminal history that would change
circumstance to warrant her arrest and removal outside of the New Jersey
jurisdiction.

20.    Petitioner has exhausted all administrative remedies.  He has notified ICE that his
case is open in Newark, New Jersey and that his detention is premature and
unlawful but Respondents nonetheless seek to continue to detain him.  On
September 5th, 2025, The Board of Immigration Appeals has mandated detention
for any individual who has entered the United States without permission.  *See*
*Matter of Yajure Hurtado, 29 I & N Dec. 216 (BIA 2025)*. This decision ignores
Section 236 of the Immigration and Nationality Act, which permits the Attorney
General to release an alien who has entered the United States without inspection.

21.    Petitioner's removal from the United States cannot be effectuated in the
reasonably foreseeable future.  Absent judicial review of his custody claim,
Petitioner will suffer irreparable injury by being deprived of his physical liberty.
He seeks the only avenue of judicial review available to him, habeas review.

## COUNT I

22. The allegations contained in paragraphs 1 through 21 above are repeated and realleged as though fully set forth herein. Petitioner's continued detention violates the Due Process clause of the United States Constitution.

## COUNT II

23. The allegations contained in paragraphs 1 through 22 are repeated and realleged as though fully set forth herein. Petitioner's detention is not authorized by the Immigration and Nationality Act.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court:

1. Issue a Writ of Habeas Corpus directed to Respondents requiring them to immediately release him from custody absent a showing that he has a final order of removal or that circumstances have materially changed in his case;

2. Award him his costs and attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

3. Grant him any other and further relief that this Court may deem necessary and proper.

**/s/Brian Scott Green, Esq.**
BRIAN SCOTT GREEN
Colorado Bar ID # 56087
Law Office of Brian Green
9609 S. University Boulevard
#630084
Highlands Ranch, CO 80130
Tele: (443) 799-4225
briangreen@greenusimmigration.com

**/s Adam Solow, Esq.**
*ADAM SOLOW
Solow, Hartnett & Galvan, LLC
1007 Haddon Avenue
Collingswood, NJ 08108
Tele: (215) 330-5244
adam@shglawpa.com
*Motion for pro hac vice
forthcoming

Attorneys for the Petitioner

6

**VERIFICATION BY COUNSEL**

I, Brian Scott Green, declare under penalty of perjury in accordance with 28

U.S.C. § 1746 as follows:

1. I am the attorney for Petitioner in this matter and am personally familiar with the

   facts of his case;

2. I have read the allegations contained in the foregoing Petition and to the best of

   my knowledge, those allegations are true based upon my personal knowledge,

   information and belief; and

3. I have also reviewed the documents attached to this Petition and confirm that they

   are true copies of the originals and that all the facts or allegations ascertained

   therein are true and correct to the best of my knowledge and experience.

Executed on September 23, 2025


/s/Brian Scott Green
BRIAN SCOTT GREEN

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Arturo Rodriguez Martinez

**(b)** County of Residence of First Listed Plaintiff    Genesee County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Brian S. Green, Law Office of Brian Green, 9609 S Univ. Blvd., #630084, Littleton, CO 80130; (443) 799-4225

## DEFENDANTS

Pam Bondi, Kristi Noem, Todd Lyons, and Warden, Batavia Federal Detention Facility

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

U.S. Attorney for the Western District of New York
138 Delaware Avenue, Buffalo, NY 14202

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury – Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury – Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☒ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities – Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation – Transfer    ☐ 8 Multidistrict Litigation – Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 2241 (immigrant detainee habeas corpus); 28 U.S.C. Section 1331 (federal question);

Brief description of cause:
Petition for a writ of habeas corpus on behalf of an immigration detainee held at the Batavia Federal Detention Center in Batavia, NY.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____ DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| September 23, 2025 | /s/Brian Scott Green |

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# EXHIBIT 1

Department of Homeland Security

## Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No: A232002444

In the Matter of:

Respondent: ARTURO RODRIGUEZ MARTINEZ    currently residing at:

60 HALL ST, HAMMONTON, NJ 08037    6098161478

(Number, street, city and ZIP code)    (Area code and phone number)

[ ] 1. You are an arriving alien.
[X] 2. You are an alien present in the United States who has not been admitted or paroled.
[ ] 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Mexico and a citizen of Mexico;
3. You entered the United States at or near UNKNOWN POE on or about UNKNOWN DOE;
4. You were not then admitted or paroled after inspection by an Immigration Officer;

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, as an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
[ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8CFR 208.30    [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

970 BROAD ST, RM 1200 NEWARK, NJ 07102

*(Complete Address of Immigration Court, including Room Number, if any)*

on APR 0 4 2026 at O8:30 AM to show why you should not be removed from the United States based on the
    *(Date)*         *(Time)*

charge(s) set forth above.

SAO

*(Signature and Title of Issuing Officer)*

Date: MAR 2 6 2025    Newark NJ

*(City and State)*

DHS Form I-862 (6/22)    Page 1 of 3

Uploaded on: 03/28/2025 Case 5:25-cv-04085 Western District Time 1:00 Base Filed NEW/023/225 Page 11 of 37

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. If you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

Upon information and belief, the language that the alien understands is **SPANISH**

**Request for Prompt Hearing**

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office of Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_(Signature of Respondent)_

Date: _____

_____
_(Signature and Title of Immigration Officer)_

**Certificate of Service**

This Notice To Appear was served on the respondent by me on **MAR 2 8 2025**, in the following manner and in compliance with section 239(a)(1) of the Act.

[ ] In person  [ ] by certified mail, returned receipt # _____ requested  [X] by regular mail
[ ] Attached is a credible fear worksheet.
[X] Attached is a list of organization and attorneys which provide free legal services.
The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
_(Signature of Respondent if Personally Served)_

_Caroline Tehun Cisa_
_(Signature and Title of Officer)_

DHS Form I-862 (6/22)  Page 2 of 3

Uploaded on: 03/28/2985 Case 85-2526 Document Privacy Act Statement Filed NEW 023225 Page 12 of 37

**Authority:**

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at **https://www.dhs.gov/system-records-notices-sorns**. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at **https://www.justice.gov/opcl/doj-systems-records**. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

## Case Confirmation

---

**A-Number :** 232-002-444     **Charging Document Date :** 03/26/2025     **Case Type :** REMOVAL (RMV)

**US Entry Date :**     **Lead A-Number :** 232-002-444     **Input Date :** 03/28/2025

**Docket Type :** N/A     **Base City :** NEW - IMMIGRATION COURT     **Hearing Loc :** NEWARK,NJ (NEW)

**DHS Loc :** NEWARK, NEW JERSEY - ASYLUM OFFICE (ZNK)

**Subject to the Proclamation (SB IFR) :** NO

---

**Name (L, F) :** RODRIGUEZ MARTINEZ, ARTURO     **Suffix :**

**Alias :**     **Sex :** Male

**Nationality :** MEXICO (MX)     **Date of Birth :** ▋

**Language :** SPANISH (SP)     **Battered :** NO

---

**Country :** UNITED STATES OF AMERICA (USA)     **In Care of :**

**Address :** 60 HALL ST

**City :** HAMMONTON     **State :** NJ     **Zip Code :** 08037

**Phone :** 6098161478     **Email :** VEROCM524@ICLOUD.COM

---

**Charges :** 212a06Ai

**Noncitizen Status :** You are an alien in the United States who has not been admitted or paroled

**NTA issued because INA section 235(b)(1) expedited removal order was vacated :**

    -- N/A --

---

**Asylum Received Date :** 10/31/2022     **Elapsed Days :** 876

**In Person/ Mail :** Mail     **Grounds :** Membership in a particular Social Group

**Projected 180th Date :** 05/02/2023     **EAD Clock Status :** Referred after interview - Clock is running (R)

---

**Hearing Date :** 04/20/2026     **Hearing Address :** 970 BROAD STREET, ROOM 1200 NEWARK, NJ 07102

**Hearing Time :** 8:30 AM     **Webex URL :** -- N/A --

**Hearing Type :** INITIAL MASTER     **Phone Number :** -- N/A --

**Hearing Location :** NEWARK, NEW JERSEY     **Access Code :** -- N/A --

*Caroline Jehan CASA*
**Signature of DHS Official Forwarding Application**

---

**Submitted On :** 3/28/2025 at 12:19:14 p.m. **by** CAROLINE.F.JEHAN

# EXHIBIT 2

Solow, Hartnett & Galvan, LLC
1007 Haddon Ave
Collingswood, NJ 08108
(856) 240-1621
adam@shglawpa.com
EOIR ID#: NF919052

### UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### IMMIGRATION COURT
### NEWARK, NEW JERSEY

| | | |
|---|---|---|
| *In the Matter of:* | ) | |
| | ) | |
| | ) | |
| | ) | **File No.** |
| | ) | |
| **MARTINEZ RODRIGUEZ, Arturo** | ) | **A 232002444** |
| | ) | |
| **Respondents** | ) | **In Removal Proceedings** |

### RESPONDENT'S 42B APPLICATION FOR CANCELATION OF REMOVAL AND ADJUSTMENT OF STATUS FOR CERTAIN NON-PERMANENT RESIDENTS

**Immigration Judge:** Riefkohl, Alberto J.     **Next Hearing (MCH):** **October 4, 2028**, at **8:30 AM**.

ADAM M. SOLOW, ESQ
Solow, Hartnett & Galvan, LLC
1007 Haddon Ave
Collingswood, NJ 08108
(856) 240-1621
adam@shglawpa.com
EOIR ID#: NF919052

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## NEWARK, NEW JERSEY

| | |
|---|---|
| *In the Matter of:* | ) |
| | ) |
| | ) |
| | ) **File No.** |
| | ) |
| **MARTINEZ RODRIGUEZ, Arturo** | ) **A 232002444** |
| | ) |
| ***Respondents*** | ) **In Removal Proceedings** |

## RESPONDENT'S 42B APPLICATION FOR CANCELATION OF REMOVAL AND ADJUSTMENT OF STATUS FOR CERTAIN NON-PERMANENT RESIDENTS

Respondent respectfully offers her application for EOIR-42B Non-LPR Cancelation of Removal and the following evidence for the Court's consideration:

### TABLE OF CONTENTS

**TAB**                                                                                        **PAGE NUMBER**

### IDENTITY DOCUMENTS FOR THE RESPONDENT

A. Respondent's EOIR 42B Application,                                                             1-9

B. Respondent's EOIR 42B receipt notice, and EOIR 485 receipt                                     10-12

C. Respondent's Mexican passport                                                                  13

D. Respondent's birth certificate, with translation                                              14-15

E. Respondent's Employment Authorization Card                                                     16-17

F.

G. Copy of Respondent's marriage certificate with English translation                            21-23

## Evidence of Hardship to Respondent's U.S.C Children

████████████████████████

I. ████████████████ Copper Hospital demographics and Encounter     27-29
   from February 19th, 2025.
   *"Reasons of admission ( Syncope and Collapse, ADHD, Autism spectrum*
   *disaster, anxiety disorder, and Sleep difficulties )"*

J. ████████████████ routine EGG report from February 19th, 2025     30-31

   *" Pt is a 13yr female with 5 episodes of syncope since July 2024,*
   *Pt has PMH of Autism and ADHD."*

K ███████████████ eurodevelopmental follow up Eval from     32-63
   2015, 2016, 2017 and 2023;

L. Prasad Pediatrics Letter on behalf of █████████     64

M. Children's Specialized Hospital letters from May 2024 and June 2025     65-67

   ██████ *diagnosed with Autism Spectrum Disorder, Attention Deficit Hyperactivity*
   *Disorder – combined presentation, and generalized anxiety disorder"*
   *Nancy Deren, M.S.W., L.C.S.W Psychotherapist, Psychology Department*

N. School Certificates showing ████ education     68-71
   ████████████████████

O. ████████ diagnosis from AtlantiCare Behavioral Health     72

   *Primary diagnosis: Other Specific Anxiety Disorder*
   *Secondary diagnosis: Other Neurodevelopmental disorder*

P. School Certificates showi████████ ication     73-76

## Good Moral Character Evidence & Additional Discretionary Evidence

Q. Internal Revenue Service (IRS) transcripts from 2003-2024     77-110

R. President and VP of Next Gen Service Group letters on behalf Respondent;     111-112

S. St. Mary of Mt. Carmel Church breast letter on behalf of Respondent;     113

T. Juana P Sandoval letter of support     114

## Evidence Of Physical Presence, 2015 To Present

U.  Bank of America showing current  account information opened on        115
    May 1st, 2006, to present

V.  Foss Electric employment Letter from 2014 and 2025                    116-117

W.  Letter of Our Lady of the Blessed Sacrament Parish on behalf of respondent   118

X.  Internal Revenue Service (IRS) transcripts from 2015-2024

**See exhibit L. pages 77-110**


## Country Conditions

Y.  National Library of Medicine :
    Mental health needs and accessing specialized healthcare               119-135
    in Mexican children with mental disorders: gender- and
    diagnosis-dependent differences

Lina Diaz-Castro 1, Kurt Hoffman 2, Maria Elena Marquez-Caraveo 3, Hector Cabello-Rangel 4
https://pmc.ncbi.nlm.nih.gov/articles/PMC10753947/?utm_source=chatgpt.com


*"Hyperkinetic disorder was the most prevalent diagnosis in boys, whereas depressive disorder and anxiety disorder were most prevalent in girls. The mean age at symptom onset for boys was 7 years, compared with 10 years for girls. Hyperkinetic disorder had the earliest symptom onset (mean 5.9 years), followed by depressive disorder (mean 9.8 years) and anxiety disorder (mean 12 years). Delayed access to SMHS was associated with initially seeking care from a psychologist, whereas quicker access was associated with affiliation with the (now defunct) Popular Insurance, a programmed that served low-income and uninsured individuals."*

Z.  Access to early diagnosis for attention-deficit/hyperactivity         136-146
    disorder among children and adolescents in Mexico City
     at specialized mental health services
    May 2024BMC Health Services Research 24(1)

https://www.researchgate.net/publication/380397340_Access_to_early_diagnosis_for_attentiondeficithyperactivity_disorder_among_children_and_adolescents_in_Mexico_City_at_specialized_mental_health_services

*"Without any doubt, there is a significant shortage of specialized mental health services in Mexico City, with only one Children's Psychiatric Hospital. Considering that there are 2,300,000 girls and boys aged 0 to 19 years in Mexico City [20], , this raises concerns about the availability of mental health services. the Children's Psychiatric Hospital is the only facility that others a*

AA. A Report by Disability Rights International and      147-166
the Comisión Méxicana de Defensa y Promoción de los Derechos Humanos

*"The investigative team documented a broad array of human rights violations against people with disabilities and found that many people are forced to live their entire lives in institutions in atrocious and abusive conditions. This report concludes that Mexico segregates thousands of children and adults with disabilities from society in violation of CRPD article 19 which guarantees the "right of all persons with disabilities to live in the community with choices equal to others." The primary reason for institutionalization is Mexico's lack of community-based services to provide the support necessary for individuals with mental disabilities to live in the community. People without families who are willing or able to support them are officially referred to as abandoned, and they are relegated to languish in institutions without hope for return to the community. Children with disabilities may have loving families. But without support, many parents of children with disabilities have no choice but to place their children in institutions."*

BB. Health Care and Education Access of Transnational      167-189
Children in MexicoCatalina Amuedo-Dorantes and Laura Juarez

*"Between 2001 and 2018, more than 5.5 mil- lion Mex- i- can migrants were removed from the United States or returned to Mexico with their fam- i- lies as immi-gra-tion enforcement esca-lated (Nowrasteh 2019). This group fur-ther included returns tak-ing place for other rea-sons, such as the Great Recession (Gonzalez-Barrera 2015), as well as such cus-tom-ary moti-va-tions as car- ing for elderly rel-a-tives, achiev-ing a desired savings goal, or divorce (Hamannet al. 2018). Learning whether chil-dren—most of them U.S. cit-i-zens—had access to basic ser-vices fol-low- ing that move is a pol- icy-rel-e-vant topic for both the United States and Mexico, as well as for the bor-der region. In this arti-cle, we pro- vide evi-dence on the access to health care and edu-ca-tion ser-vices of U.S.-born chil-dren who were living in Mexico in 2015, and on fac-tors poten-tially respon-si-ble for encountered bar- ri-ders"*

CC. Between Words, Between Worlds:      190-201
Linguistic and Contextual Disruptions in the Transition from
English to Spanish Literacy among Children Moving from the U.S. to
Mexico

*"In Mexican schools: Losing their English language acquisition and interrupting the learning process of English; lack of support for transitioning into Mexican schools and little recognition of English language skills.*

DD.    Human Right Watch:                                                      202-207
       In Mexico, Mother of Child with Autism Killed after Seeking Help from Authorities
       Mexican State Should Expand Laws on Hate Crimes Based on Disability
       Carlos Ríos Espinosa
       Associate Director, Disability Rights Division


   ***Most people who have a disability or who are closely related to someone with a disability
have felt hostility, or open rejection, based on disability at some point in their lives. "Disability
hate" exists on a spectrum that ranges from giving dirty looks – for occupying too much space
in public transportation or for looking and acting differently from others – to committing
criminal acts against someone because they have a disability, are perceived as having a
disability, or are associated with someone with a disability.***


DATED: 09/23/2025                                   Respectfully Submitted

                                                    _____
                                                    ADAM SOLOW, ESQ
                                                    Attorney for the Respondent

**U.S. Department of Justice**
Executive Office for Immigration Review

**Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents**

| PLEASE READ ADVICE AND INSTRUCTIONS BEFORE FILLING IN FORM | Fee Stamp (Official Use Only) |
|---|---|
| PLEASE TYPE OR PRINT | |

| | |
|---|---|
| *1)* My present true name is: *(Last, First, Middle)*<br>Rodriguez Martinez, Arturo | 2) Alien Registration (or "A") Number(s):<br>232002444 |

| | |
|---|---|
| 3) My name given at birth was: *(Last, First, Middle)*<br>Rodriguez Martinez, Arturo | *untry)* |

| 5) ___nth, Day, Year) | 6) Sex: ☑ Male ☐ Female | 7) Height:<br>5' 8" | 8) Hair Color:<br>BLACK | 9) Eye Color:<br>BROWN |
|---|---|---|---|---|

| 10) Current Nationality and Citizenship ___urity Number: | | Number: | 13) Work Phone Number:<br>N/A |
|---|---|---|---|
| Mexico | | | |

| 14) I currently reside at:<br>N/A | 15) I have been known by these additional name(s):<br>N/A |
|---|---|
| 60 Hall St | N/A |
| Hammonton NJ 08037 | N/A |

16) I have resided in the following locations in the United States: (List PRESENT ADDRESS FIRST, and work back in time for at least 10 years.)

| Street and Number - Apt. or Room # - City or Town - State - Zip Code | Resided From:<br>*(Month, Day, Year)* | Resided To:<br>*(Month, Day, Year)* |
|---|---|---|
| 60 Hall St, Hammonton, NJ 08037 | 09/01/2008 | PRESENT |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

17) I, the undersigned, hereby request that my removal be cancelled under the provisions of section 240A(b) of the Immigration and Nationality Act (INA). I believe that I am eligible for cancellation of removal because: (Check all that apply.)

☑ My removal would result in exceptional and extremely unusual hardship to my:

|  | UNITED STATES CITIZEN | LAWFUL PERMANENT RESIDENT |
|---|---|---|
| ☐ spouse, who is a | ☐ | ☐ |
| ☐ father, who is a | ☐ | ☐ |
| ☐ mother, who is a | ☐ | ☐ |
| ☑ child/children, who is/are a | ☑ | ☐ |

☐ I, or my child, have been battered or subject to extreme cruelty by a United States citizen or lawful permanent resident spouse or parent.

With the exception of absences described in question #23, I have resided in the United States since: __05/12/1999__
*(Month, Day, Year)*

*Please continue answers on a separate sheet as needed.*

Form EOIR-42B
Rev. Feb. 2025

1

## PART 3 - INFORMATION ABOUT YOUR PRESENCE IN THE UNITED STATES

18) I first arrived in the United States under the name of: *(Last, First, Middle)*

Rodriguez Martinez, Arturo

19) I first arrived in the United States on: *(Month, Day, Year)*

05/12/1999

20) Place or port of first arrival: *(Place or Port, City, and State)*

Douglas, AZ

21) I: ☐ was inspected and admitted.
- ☐ I entered using my Lawful Permanent Resident card which is valid until N/A
  Category on Lawful Permanent Resident card N/A _____ *(Month, Day, Year)*
- ☐ I entered using a N/A _____ visa which is valid until N/A _____ *(Month, Day, Year)*

☒ was not inspected and admitted.
- ☐ I entered without documents. Explain: N/A
- ☒ I entered without inspection. Explain: N/A

☐ Other. Explain: N/A

22) I applied on N/A _____ for additional time to stay and it was ☐ granted on N/A _____ *(Month, Day, Year)*
and valid until N/A _____, or ☐ denied on N/A _____ *(Month, Day, Year)*

23) Since the date of my first entry, I departed from and returned to the United States at the following places and on the following dates:
*(Please list all departures regardless of how briefly you were absent from the United States.)*

**If you have never departed from the United States since your original date of entry, please mark an X in this box: ☒**

| | | | | |
|---|---|---|---|---|
| 1 | Port of Departure *(Place or Port, City and State)* N/A | Departure Date *(Month, Day, Year)* N/A | Purpose of Travel N/A | Destination N/A |
| | Port of Return *(Place or Port, City and State)* N/A | Return Date *(Month, Day, Year)* N/A | Manner of Return N/A | Inspected and Admitted? ☐ Yes ☐ No |
| 2 | Port of Departure *(Place or Port, City and State)* N/A | Departure Date *(Month, Day, Year)* N/A | Purpose of Travel N/A | Destination N/A |
| | Port of Return *(Place or Port, City and State)* N/A | Return Date *(Month, Day, Year)* N/A | Manner of Return N/A | Inspected and Admitted? ☐ Yes ☐ No |

24) Have you ever departed the United States: a) under an order of deportation, exclusion, or removal?...................................... ☐ Yes ☒ No

b) pursuant to a grant of voluntary departure?...................................................... ☐ Yes ☒ No

## PART 4 - INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE *(Continued on page 3)*

25) I am not married: ☐
I am married: ☒

26) If married, the name of my spouse is: *(Last, First, Middle)*
Veronica Carrillo Marquez

27) My spouse's name before marriage was:
N/A

28) The marriage took place in: *(City and Country)*
Guadalupe, Mexico

29) Date of marriage: *(Month, Day, Year)*
01/16/1998

30) My spouse currently resides at:
N/A
*Apt. number and/or in care of*
60 Hall St
*Number and Street*
Hammonton          NJ          08037
*City or Town       State/Country   Zip Code*

31) Place and date of birth of my spouse: *(City & Country; Month, Day, Year)*
11/24/1982

32) My spouse is a citizen of: *(Country)*
Mexico

33) If your spouse is other than a native born United States citizen, answer the following:

He/she arrived in the United States at: *(Place or Port, City and State)* N/A

He/she arrived in the United States on: *(Month, Day, Year)* N/A

His/her alien registration number(s) is: A# N/A

He/she was naturalized on: *(Month, Day, Year)* N/A at N/A *(City and State)*

34) My spouse ☒ - is ☐ - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| Ancora Psychiatric Hospital, 301 Spring Garden Rd, Hammonton NJ 08037 United States | $ 560 |
| Integrity Medical Devices, 360 Fairview Ave, Hammonton NJ 08037 United States | $ 400 |
| N/A | $ N/A |

*Please continue answers on a separate sheet as needed.*

Form EOIR-42B
Rev. Feb. 2025

2

## PART 4 – INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE *(Continued)*

35) I ☐ - have ☑ - have not been previously married: *(If previously married, list the name of each prior spouse, the dates on which each marriage began and ended, the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| N/A | N/A N/A | N/A | N/A |

36) My present spouse ☐ - has ☑ - has not been previously married: *(If previously married, list the names of each prior spouse, the dates on which each marriage began and ended, the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| N/A | N/A N/A | N/A | N/A |

37) Have you been ordered by any court, or are otherwise under any legal obligation, to provide child support and/or spousal maintenance as a result of a separation and/or divorce?  ☐ Yes ☑ No

## PART 5 – INFORMATION ABOUT YOUR EMPLOYMENT AND FINANCIAL STATUS

38) Since my arrival into the United States, I have been employed by the following named persons or firms: *(Please begin with present employment and work back in time. Any periods of unemployment or school attendance should be specified. Attach a separate sheet for additional entries if necessary.)*

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* | Type of Work Performed | Employed From: *(Month, Day, Year)* | Employed To: *(Month, Day, Year)* |
|---|---|---|---|---|
| NextGen Services Group 2242 Old Marlton Pike, Marlton NJ 08053 United States | $ 1,400 | Supervisor/Form en | 01/01/2005 | PRESENT |
| N/A N/A | $ N/A | N/A | N/A | N/A |
| N/A N/A | $ N/A | N/A | N/A | N/A |

39) If self-employed, describe the nature of the business, the name of the business, its address, and net income derived therefrom:

N/A

N/A

N/A

N/A

40) My assets (and if married, my spouse's assets) in the United States and other countries, not including clothing and household necessities, are:

**Self**

Cash, Stocks, and Bonds..............................$ N/A
Real Estate.................................................$ N/A
Auto (dollar value minus amount owed).......$ N/A
Other (describe on line below)......................$ N/A
N/A                                         **TOTAL** $ N/A

**Jointly Owned With Spouse**

Cash, Stocks, and Bonds. ...........................$ 40000
Real Estate..................................................$ 180000
Auto (dollar value minus amount owed)........$ 10000
Other (describe on line below). .....................$ N/A
N/A                                          **TOTAL** $ 230000

41) I ☐ - have ☑ - have not received public or private relief or assistance (e.g.,Welfare, Unemployment Benefits, Medicaid, TANF, AFDC, etc.). If you have, please give full details including the type of relief or assistance received, date for which relief or assistance was received, place, and total amount received during this time:  N/A

N/A

42) Please list each of the years in which you have filed an income tax return with the Internal Revenue Service: 2003-2024

N/A

## PART 6 - INFORMATION ABOUT YOUR FAMILY *(Continued on page 5)*

43) I have **4** _(Number of)_ children. Please list information for each child below, include assets and earnings information for children over the age of 16 who have separate incomes:

| Name of Child: *(Last, First, Middle)* Child's Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Now Residing At: *(City and Country)* Birth Place: *(City and Country)* | Immigration Status of Child |
|---|---|---|---|
| Rodriguez Carrillo, Guadalupe , Alondra A#: N/A | Mexico | Hammonton, United States | N/A |
| Estimated Total of Assets: $ N/A | | Estimated Average Weekly Earnings: $ N/A | |
| Rodriguez Carrillo, Arturo A#: N/A | United States | Hammonton, United States | USC |
| Estimated Total of Assets: $ N/A | | Estimated Average Weekly Earnings: $ N/A | |
| A#: N/A | United States | Hammonton, United States | USC |
| Estimated Total of Assets: $ N/A | | Estimated Average Weekly Earnings: $ N/A | |

44) If your application is denied, would your spouse and all of your children accompany you to your:

Country of Birth - ☐ Yes ☒ No

Country of Nationality - ☐ Yes ☒ No

Country of Last Residence - ☐ Yes ☒ No

If you answered "No" to any of the responses, please explain: My Youngest child has health problems that require him to stay in the United States to receive treatment at the Children's specialized Hospital

N/A

N/A

N/A

45) Members of my family, including my spouse and/or child(ren) ☒ - have ☐ - have not received public or private relief or assistance (e.g., Welfare, Unemployment Benefits, Medicaid, TANF, AFDC, etc.). If any member of your immediate family has received such relief or assistance, please give full details including identity of person(s) receiving relief or assistance, dates for which relief or assistance was received, place, and total amount received during this time: took unemployment for 3 months in 2024 June-August

N/A

N/A

N/A

N/A

N/A

N/A

46) Please give the requested information about your parents, brothers, sisters, aunts, uncles, and grandparents, living or deceased. As to residence, show street address, city, and state, if in the United States; otherwise show only country:

| Name: *(Last, First, Middle)* Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Relationship to Me: Birth Place: *(City and Country)* | Immigration Status of Listed Relative |
|---|---|---|---|
| Rodriguez Herrera, Salvador A#: N/A | Mexico | Father | N/A |
| Complete Address of Current Residence, if Living: N/A N/A N/A | | | |
| Martinez Romo, Lucia A#: N/A | Mexico | Mother | N/A |
| Complete Address of Current Residence, if Living: N/A N/A N/A | | | |

## PART 6 - INFORMATION ABOUT YOUR FAMILY *(Continued)*

*IF THIS APPLICATION IS BASED ON HARDSHIP TO A PARENT OR PARENTS, QUESTIONS 47-50 MUST BE ANSWERED.*

47) If your parent is not a citizen of the United States, give the date and place of arrival in the United States including full details as to the date, manner, and terms of admission into the United States: N/A

N/A

N/A

48) My father ☐ - is ☑ - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| N/A | $ N/A |

49) My mother ☐ - is ☑ - is not employed. If employed, please give salary and the name and address of place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| N/A | $ N/A |

50) My parent's assets in the United States and other countries not including clothing and household necessities are:

**Assets of father consist of the following:**

Cash, Stocks, and Bonds.................................. $ N/A
Real Estate...................................................... $ N/A
Auto (dollar value minus amount owed)........ $ N/A
Other (describe on line below)....................... $ N/A
N/A                                                    TOTAL $ N/A

**Assets of mother consist of the following:**

Cash, Stocks, and Bonds.............................. $ N/A
Real Estate.................................................. $ N/A
Auto (dollar value minus amount owed)........ $ N/A
Other (describe on line below). ..................... $ N/A
N/A                                            TOTAL $ N/A

## PART 7 - MISCELLANEOUS INFORMATION *(Continued on page 6)*

51) I ☐ - have ☑ - have not entered the United States as a crewman after June 30, 1964.

52) I ☐ - have ☑ - have not been admitted as, or after arrival in the United States acquired the status of, an exchange alien.

53) I ☐ - have ☑ - have not submitted address reports as required by section 265 of the Immigration and Nationality Act.

54) I ☐ - have ☑ - have never (either in the United States or in any foreign country) been arrested, summoned into court as a defendant, convicted, fined, imprisoned, placed on probation, or forfeited collateral for an act involving a felony, misdemeanor, or breach of any public law or ordinance(including, but not limited to, traffic violations or driving incidents involving alcohol). *(If answer is in the affirmative, please give a brief description of each offense including the name and location of the offense, date of conviction, any penalty imposed, any sentence imposed, and the time actually served. You are required to submit documentation of any such occurrences.)*

N/A

N/A

N/A

N/A

55) Have you ever served in the Armed Forces of the United States? ☐ Yes ☒ No. If "Yes" please state branch *(Army, Navy, etc.)* and service number: N/A

Place of entry on duty: *(City and State)* N/A

Date of entry on duty: *(Month, Day, Year)* N/A                    Date of discharge: *(Month, Day, Year)* N/A

Type of discharge: *(Honorable, Dishonorable, etc.)* N/A

I served in active duty status from: *(Month, Day, Year)* N/A _____ to _____ *(Month, Day, Year)* N/A

56) Have you ever left the United States or the jurisdiction of the district where you registered for the draft to avoid being drafted into the military or naval forces of the United States?

☐ Yes ☒ No

*Please continue answers on a separate sheet as needed.*

(5)

Form EOIR-42B
Rev. Feb. 2025

5

## PART 7 - MISCELLANEOUS INFORMATION *(Continued)*

57) Have you ever deserted from the military or naval forces of the United States while the United States was at war?    ☐ Yes  ☒ No

58) If male, did you register under the Military Selective Service Act or any applicable previous Selective Service (Draft) Laws?    ☐ Yes  ☒ No
If "Yes," please give date, Selective Service number, local draft board number, and your last draft classification: N/A

N/A

59) Were you ever exempted from service because of conscientious objection, alienage, or any other reason?    ☐ Yes  ☒ No
N/A

60) Please list your present or past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or any other place since your 16th birthday. Include any foreign military service in this part. If none, write "None." Include the name of the organization, location, nature of the organization, and the dates of membership.

| Name of Organization | Location of Organization | Nature of Organization | Member From: *(Month, Day, Year)* | Member To: *(Month, Day, Year)* |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |

61) Have you ever:

☐ Yes  ☒ No    been ordered deported, excluded, or removed?

☐ Yes  ☒ No    overstayed a grant of voluntary departure from an Immigration Judge or the Department of Homeland Security (DHS), formerly the Immigration and Naturalization Service (INS)?

☐ Yes  ☒ No    failed to appear for removal or deportation?

62) Have you ever been:

☐ Yes  ☒ No    a habitual drunkard?

☐ Yes  ☒ No    one whose income is derived principally from illegal gambling?

☐ Yes  ☒ No    one who has given false testimony for the purpose of obtaining immigration benefits?

☐ Yes  ☒ No    one who has engaged in prostitution or unlawful commercialized vice?

☐ Yes  ☒ No    involved in a serious criminal offense and asserted immunity from prosecution?

☐ Yes  ☒ No    a polygamist?

☐ Yes  ☒ No    one who brought in or attempted to bring in another to the United States illegally?

☐ Yes  ☒ No    a trafficker of a controlled substance, or a knowing assister, abettor, conspirator, or colluder with others in any such controlled substance offense (not including a single offense of simple possession of 30 grams or less of marijuana)?

☐ Yes  ☒ No    inadmissible or deportable on security-related grounds under sections 212(a)(3) or 237(a)(4) of the INA?

☐ Yes  ☒ No    one who has ordered, incited, assisted, or otherwise participated in the persecution of an individual on account of his or her race, religion, nationality, membership in a particular social group, or political opinion?

☐ Yes  ☒ No    a person previously granted relief under sections 212(c) or 244(a) of the INA or whose removal has previously been cancelled under section 240A of the INA?

If you answered "Yes" to any of the above questions, explain: N/A

N/A

N/A

*Please continue answers on a separate sheet as needed.*

(6)

Form EOIR-42B
Rev. Feb. 2025

6

## PART 7 - MISCELLANEOUS INFORMATION *(Continued)*

63) Are you the beneficiary of an approved visa petition? ☐ Yes ☑ No

If yes, can you arrange a trip outside the United States to obtain an immigrant visa? ☐ Yes ☐ No If no, please explain:

N/A

N/A

N/A

N/A

64) Name of School, Type of School, Degree Earned / Date (if any), Location (City/Country), Attended From (MM/YY) To(MM/YY)

N/A

65) The following certificates or other supporting documents are attached as part of this document. : (Refer to the Instructions for documents which should be attached.)

N/A

## PART 8 - SIGNATURE OF PERSON PREPARING FORM, IF OTHER THAN APPLICANT

*(Read the following information and sign below)*

I declare that I have prepared this application at the request of the person named in Part 1, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in a language the applicant speaks fluently for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form EOIR-42B may subject me to civil penalties under 8 U.S.C.§1324c.

| Signature of Preparer: | Print Name: Adam Solow | Date: N/A 07/23/2025 |
|---|---|---|
| Daytime Telephone#: 3305244 | Address of Preparer: *(Number and Street, City, State, Zip Code)* 1601 Walnut Street, SUITE 1200, Philadelphia, PA 19102 | |

## PART 9 - SIGNATURE

### APPLICATION NOT TO BE SIGNED BELOW UNTIL APPLICANT APPEARS BEFORE AN IMMIGRATION JUDGE

I swear or affirm that I know the contents of this application that I am signing, including the attached documents and supplements, and that they are all true to the best of my knowledge, taking into account the correction(s) numbered_____ to_____, if any, that were made by me or at my request.

_____
*(Signature of Applicant or Parent or Guardian)*

Subscribed and sworn to before me by the above-named applicant at _____

_____
*Immigration Judge*

_____
*Date (Month, Day, Year)*

## PART 10 - PROOF OF SERVICE

I hereby certify that a copy of the foregoing Form EOIR-42B was:  ☐ - delivered in person  ☐ - mailed first class, postage prepaid

on [ 07 23 2025 ] to the Assistant Chief Counsel for the DHS (U.S. Immigration and Customs Enforcement - ICE)
*(Month, Day, Year)*

at _____
*(Number and Street, City, State, Zip Code)*

☑ No service needed. I electronically filed this document, and the opposing party is participating in ECAS.

_____
*Signature of Applicant (or Attorney or Representative)*

*Please continue answers on a separate sheet as needed.*

Form EOIR-42B
Rev. Feb. 2025

8

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| SRC2529650130 | | EOIR 42B Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents |

| RECEIVED DATE | PRIORITY DATE | APPLICANT    A232002444 |
|---|---|---|
| 9/2/2025 | | RODRIGUEZ MARTINEZ, ARTURO |

| NOTICE DATE | PAGE | PRINCIPAL ALIEN |
|---|---|---|
| 9/3/2025 | 1 of 1 | |

SOLOW HARTNETT & GALVAN LLC
ADAM SOLOW
1700 HADDON AVE
COLLINGSWOOD    NJ    08108

**Notice Type:** Receipt Notice

Amount Received : $1,600.00

This notice acknowledges the above receipt of your designated application and fee as part of the requirements before the immigration judge can grant relief in your case.

The above application has been received and accepted as an I-485 receipt at the Texas Service Center. The actual case you submitted is listed in the block marked 'CASE TYPE'. The Receipt Notice Amount received does not include the biometrics fee, if paid.

Please notify us immediatley if any of the above information is incorrect.

A fingerprint appointment will be scheduled and you will be notified at a later date.

Always remember to call customer service if you move while your case is pending.

**You will be notified seperatley about any other cases you have filed**

CITIZENSHIP & IMMIGRATION SERVICE



Customer Service Telephone: See Reverse

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

10



| **THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.** |
|---|

| Receipt Number<br>SRC2529650130 | Case Type<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
|---|---|
| Received Date<br>09/02/2025 | Priority Date | Applicant  A232 002 444<br>RODRIGUEZ MARTINEZ , ARTURO |
| Notice Date<br>09/02/2025 | Page<br>1 of 2 | Beneficiary  A232 002 444<br>RODRIGUEZ MARTINEZ , ARTURO |

| | |
|---|---|
| SOLOW HARTNETT & GALVAN LLC<br>c/o ADAM SOLOW<br>1700 HADDON AVE<br>COLLINGSWOOD  NJ  08108 | **Notice Type:** Receipt Notice<br>Fee Previously Collected<br>Section: Other basis for adjustment |

We have received the application or petition ("your case") listed above. This notice shows that your case was filed on the "Received Date" listed above. It does NOT grant the beneficiary any immigration status, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available if you contact us about your case.

**T/U Filings -** If you were still in valid T or U nonimmigrant status on the date your Application to Register Permanent Residence or Adjust Status (Form I-485) was received, that status is extended until a decision is reached on your Form I-485. If your status was no longer valid by the date your Form I-485 was received, you will need to file an Application to Extend/Change Nonimmigrant Status (Form I-539) with this office to request an extension of your nonimmigrant status.

**EMPLOYMENT AUTHORIZATION:**
T-1, U-1, U-2, U-3, U-4, and U-5 nonimmigrants who timely filed Form I-485 are authorized to work in the United States incident to their status while their Application to Register Permanent Residence or Adjust Status (Form I-485) is pending. Your Form I-485 was timely filed if the "Received Date" on this form is on or before your Form I-94 expiration date.

The following documents are acceptable as evidence of your employment authorization for Form I-9, Employment Eligibility Verification:

- If you are a T-1 nonimmigrant, the combination of this receipt notice and your Form I-94 shows employment authorization for **two years** from the expiration date of your Form I-94.
- If you are a U-1, U-2, U-3, U-4, or U-5 nonimmigrant, the combination of this receipt notice and your Form I-94 shows employment authorization for **one year** from the expiration date of your Form I-94.
- NOTE: While the document combinations above are acceptable for Form I-9 purposes as evidence of your employment authorization, if you are a T-1, U-1, U-2, U-3, U-4, or U-5 nonimmigrant with a pending Form I-485, you may also apply for an Employment Authorization Document (EAD), pursuant to 8 CFR 274a.12(c)(9) by submitting an Application for Employment Authorization (Form I-765) to this office. The EAD is acceptable evidence of your employment authorization and identity for Form I-9.
- If you are a T-2, T-3, T-4, T-5, or T-6 nonimmigrant, you must have a valid, unexpired EAD to be eligible to work, including while your derivative T nonimmigrant status is extended and while your Form I-485 is pending. To obtain an EAD, you must submit an Application for Employment Authorization (Form I-765) to this office. This receipt notice and your Form I-94 are not acceptable evidence for I-9 purposes to show employment authorization.

If your Form I-485 is denied or withdrawn, your automatic extension of T or U nonimmigrant status immediately terminates. Additionally, if you are a T-1, U-1, U-2, U-3, U-4, or U-5 nonimmigrant, your employment authorization immediately terminates, and you will no longer be authorized for employment based on your extended T or U nonimmigrant status, and you may not provide this receipt notice with your Form I-94 for Form I-9 purposes.

If you have already filed a Form I-765, the decision on your application will be sent under separate cover.

**DEPARTING FROM THE UNITED STATES:**
If you plan to depart the United States, you must obtain permission to return to the United States by requesting advance parole before you leave. If you do not obtain advance parole before your departure, you will be considered to have abandoned your application for adjustment of status and the application will be denied. Please see 8 CFR section 245.23(j), for T adjustment of status applications, and section 245.24(j), for U adjustment of status applications. In addition, you may be unable to re-enter the United States, or you may be placed in removal proceedings before an Immigration Judge. You may apply for advance parole by submitting an Application for Travel Document (Form I-131) to this office. If you have already filed a Form I-131, the decision on your application will be sent under separate cover.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



| If this is an interview or biometrics appointment notice, please see the back of this notice for important information. | Form I-797C  10/13/21 |
|---|---|



**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>SRC2529650130 | Case Type<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | |
|---|---|---|
| Received Date<br>09/02/2025 | Priority Date | Applicant A232 002 444<br>RODRIGUEZ MARTINEZ , ARTURO |
| Notice Date<br>09/02/2025 | Page<br>2 of 2 | Beneficiary A232 002 444<br>RODRIGUEZ MARTINEZ , ARTURO |

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contact or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

If you have T or U nonimmigrant status, you can connect with USCIS using the available case inquiry options on the Victims of Trafficking and Other Crimes website here: https://www.uscis.gov/humanitarian/victims-of-human-trafficking-and-other-crimes

You can also receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Processing time - Processing times vary by form type.
- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Biometrics - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
If your address changes - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

Return of Original Documents - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: if you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will provide you and the legal representative listed on your Form G-28 an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



12

EXHIBIT 3

Select a case to view details and file documents

| Removal | Charging Doc. Date:<br>03/26/2025 | Case Pending |

*End of list. Please file a Form EOIR-27 or EOIR-28 using
"Appearances" link in the header to view additional cases.*

## Court Information

| | | | |
|---|---|---|---|
| **Case Type:** | Removal | | |
| **Charging Doc. Date:** | 03/26/2025 | | |
| **Alien Name:** | RODRIGUEZ MARTINEZ, ARTURO | | |
| **Hearing Location:** | 970 BROAD STREET, ROOM 1200<br>NEWARK, NJ 07102 | **Immigration Court:** | 970 BROAD STREET, ROOM 1200<br>NEWARK, NJ 07102 |
| **Next Case Hearing:** | 10/04/2028   08:30 AM - 09:00 AM<br>MASTER HEARING<br>Riefkohl, Alberto J. | **IJ Decision Date:** | -- NA -- |
| | | **IJ Decision:** | This case is pending. |
| **Hearing Medium:** | In-Person | | |

## Court Actions

## eROP Documents

**Document Filters**

◉ View All    ◯ Filter at the Court    ◯ Filter at the BIA

| Actions | Document Type | Filed Date ▼ | Filed At | Filed By | Document Status |
|---|---|---|---|---|---|
| | EOIR 42-B, Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents | 09/23/2025 | Court | Respondent Rep | Pending |
| | Written Pleadings | 09/22/2025 | Court | Respondent Rep | Accepted |
| | EOIR-28, Notice of Entry of Appearance as an Attorney or Representative before the Immigration Court | 05/29/2025 | Court | Respondent Rep | Accepted |
| | EOIR-28, Notice of Entry of Appearance as an Attorney or Representative before the Immigration Court | 05/28/2025 | Court | Respondent Rep | Accepted |
| | Evidence | 03/28/2025 | Court | DHS | Accepted |
| | I-862 Notice to Appear | 03/28/2025 | Court | DHS | Accepted |

**Total Count:  6**

# EXHIBIT 4

Adam Solow <adam@shglawpa.com>

---

## 232-002-444- Request for Release on ATD

1 message

---

**Adam Solow** <adam@shglawpa.com>                                            Tue, Sep 23, 2025 at 11:34 AM
To: buffalo.outreach@ice.dhs.gov
Bcc: Melissa Aaron-Cooper <melissa@shglawpa.com>, Alex Diaz <alex@shglawpa.com>

Dear Sir or Madam,

I represent the following individual in his removal proceedings in Newark, New Jersey

Arturo Rodriguez Martinez
A232-002-444

Hearing Date: October 4th, 2028

Mr. Rodriguez Martinez is the father of a 13 year old US citizen child with severe autism.  He placed himself in removal proceedings in order to apply for relief with the Immigration Court in Newark, NJ.  He was on a work trip in Buffalo when CBP arrested him while he and his workmates were shopping for items at Walmart.  He has no criminal issues and no previous deportations.  He also has a medical condition that requires monitoring and medicine.  He takes 100 mg tablets of losartan to treat his hypertension. I have attached his prescription below.

I have attached my G28 and the relevant evidence to this email.  I would ask that your office release Mr. Rodriguez Martinez on ATD or another form of detention so he may return to his family in Hammonton New Jersey and continue his proceedings in Newark, New Jersey

--
**Adam M. Solow, Esq.**
(215) 330-5244

[f] [in] [t] [O]

[shglawpa.com](shglawpa.com)



_Philadelphia Office_
1601 Walnut Street, Suite 1200
Philadelphia, PA 19102

_New Jersey Office_
1007 Haddon Avenue
Collingswood, NJ 08108

_Kennett Square Office_
719 W. Baltimore Pike
Kennett Square, PA 19348

_Notice: This email is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the above number and destroy the original message._ **_The content of this email does not constitute specific legal advice unless our office has already been formally retained, and the content has been designated as such. Furthermore, this email, whether initiated from our office or sent in response to an email, does not_**



create an attorney-client relationship between the sender and recipient.





Pedir recarga

Eliminar

**losartan 100 mg tablet**
También conocido como: Cozaar
ⓘ Aprender más ↗

Tome 1 píldora por vía oral una vez al día.

∧ Información adicional

**Detalles de recetas**
Recetado septiembre 8, 2025
Aprobado por Juan Bejaran, MD - Internal Medicine

**Detalles de recarga**
Cantidad (Tablet) 90
Suministro de día 90

**Detalles de farmacia**
Bellevue Drug Company - Hammonton, NJ
254 Bellevue Ave., Hammonton NJ 08037

609-561-0825

Pedir recarga

Eliminar

Pedir recargas

cetirizine 10 mg tablet
También conocido como: ZyrTEC

---

**3 attachments**

 **ArturoRodriguezEOIR42B.pdf**
18798K

 **ArturoG28.pdf**
487K

EOIR-Case-Portal.pdf
70K