Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| ARTURO RODRIGUEZ MARTINEZ, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | CASE NUMBER: 25-CV-6508 |
| v. | |
| PAM BONDI, Attorney General of the United States of America; KRISTI NOEM, Secretary of the Department of Homeland Security; TODD LYONS, Acting Director, United States Immigration and Customs Enforcement, and, WARDEN, Batavia Federal Detention Facility, | |
| Respondents. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT the remaining claims in the petition are dismissed without prejudice.  The Clerk of Court is directed to close the case.

Date: December 15, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
    Deputy Clerk